JULIANA DROUS
Attorney at Law SB#92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Facsimile: (415) 255-8631
jdrous@msn.com

Attorney for Defendant DWIGHT HART

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>DONNIE BELL, DWIGHT HART, and<br>ANTONIO JOHNSON,<br><br>          Defendants | CR 15-00258 WHO<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF COURT DATE** |

   IT IS HEREBY STIPULATED, by the parties, that the court date currently scheduled on September 17, 2015, at 1:30 p.m. for status conference, before the Honorable William H. Orrick, be continued to September 24, 2015, at 1:30 p.m.

   The parties stipulate that the time from September 17, 2015, to September 24, 2015, should be excluded to allow continuity of counsel and reasonable time necessary for effective assistance of counsel effective preparation in accordance with 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: August 26, 2015          /s/
                                JULIANA DROUS
                                Attorney for Defendant
                                DWIGHT HART

DATED: August 26, 2015          /s/
                                GABRIELA BISCHOF
                                Attorney for Defendant
                                DONNIE BELL

STIPULATION AND ORDER CONTINUING COURT DATE                                    1

DATED: August 26, 2015

/s/
ANTHONY LOWENSTEIN
Attorney for Defendant
ANTONIO JOHNSON

DATED: August 26, 2015

/s/
SCOTT JOINER
Asst. United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the court proceeding currently scheduled on September 17, 2015, at 1:30 p.m., be continued to September 24, 2015, at 1:30 p.m. .

IT IS FURTHER ORDERED that the time from September 17, 2015, to September 24, 2015, is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) to allow continuity and effective representation of counsel.

DATED: August 27, 2015

HON. WILLIAM H. ORRICK
U.S. Federal District Court Judge